RE: Bill to Property Agents
owe: AKIMSEY C. Crawford

Maurice Levy - property agents
Randy Levy - property agents

Civil Action:
2021CV4210102710

Amount Due: $40,000 and $210,000
pain/suffering

The following individuals owe AKIMSEY Cherunn Crawford money for Rent and Utility Bills from Nov 1, 2013 approximately up until June 2023 for living in an unhealthy and INHumane Garage like apartment located in Sptbg. S.C. 29306 at 137 White Oak rd in the far backside Condemned place... 21 day notice to response or default on defendants behalf

Plaintiff

AKIMSEY C. CRAWFORD
P.O. BOX 2992
sptbg. S.C. 29304

864-274-5798

Defendants:

CHASE E. Furnas
George R. Johnson
George D. Johnson

Date Sept. 10, 2025

DUKE ENERGY duke-energy.com 800.777.9898



| Service address | Bill date | Jun 4, 2021 |
|---|---|---|
| AKIMSEY C CRAWFORD | For service | May 5 - Jun 2 |
| 137 WHITE OAK RD UNIT A | | 29 days |
| SPARTANBURG SC 29301 | | |
| | Account number | 1825 |

| | |
|---|---|
| Previous Amount Due | $205.27 |
| *Payment Received* | 0.00 |
| Basic Facility Charge | 11.96 |
| Energy Charges | 9.85 |
| Fixed Monthly Leaf 50C Charge | 0.64 |
| Municipal Fee | 1.12 |
| **Total Amount Due Jun 29** | **$228.84** |

Your current rate is Residential Service (RS).

For a complete listing of all South Carolina rates and riders, visit duke-energy.com/rates

**Electric usage history**




**Average temperature in degrees**

74° 79° 77° 69° 62° 55° 42° [illegible]

| | Current Month | Jun 2020 | 12-Month Usage | Avg Monthly Usage |
|---|---|---|---|---|
| Electric (kWh) | 95 | 95 | 1,837 | 153 |
| 12-month usage based on most recent history | | | | |

sb dec duke bills 20210603195050 9 afp-12871_00001 7575

**Mail your payment at least 7 days before the due date** or pay instantly at duke-energy.com/billing. Late payments are subject to a 0.0% late charge.

Please return this portion with your payment. Thank you for your business. 200100057803

DUKE ENERGY

Account number
**9100 1567 1825**

**$228.84**
*by Jun 29*

*After Jun 29, a late charge will apply.*

Duke Energy Return Mail
PO Box 1090
Charlotte, NC 28201-1090

$________________ Add here, to help others with a contribution to Share the Warmth

$________________ **Amount enclosed**

006436 000017575

AKIMSEY C CRAWFORD
137 WHITE OAK RD UNIT A
SPARTANBURG SC 29301-3033

Duke Energy Payment Processing
PO Box 1094
Charlotte, NC 28201-1094

23

Page 3 of 5

8845

Civil Action NO:
*2021CV4210102710

Cause of Action

On September 29, 2016 Favorable Decision on Social Security Administration.

On May 12, 2021 Rule to Vacate or show cause (Eviction)

On January 28, 2021 notice from Reedy Property Group.

On May 14, 2021 in person at Spartanburg City exercise my freedom of Information Act.
On 137 WHITE OAK RD. garage Unit located at Spartanburg, South Carolina 29306.

On December 10, 2021 government Utility asistance DUKE Energy HELEY and ASSOCIATES

On January 12, 2021 letter sent stating February 1 2021 Chase and Company taking over property

Civil Action NO:
2021CV4210102710

Cause of Action

On approximately November 1-5 2013 move-in date deposit and rent paid in full amount.

From the move-in date to eviction rent increased in approximately an Decade of unhealthy living conditions from $275 to $425 upon eviction

On 2/11./2019 rent increased to $375.00

On 1/30./2020 I man AKIMSEY C. CRAWFORD, 4 year old daugther A.J.C..

On March 11, 2020 the World Health Organization (WHO) declared COVID-19 the disease caused by the SARS-CoV-2 a pandemic

CEF&CO

Property Management & Real Estate Sales

P:(864)585-4582 | F:(864)585-2425
www.cefco.net

Akimsey Crawford
499 Cresent Ave.
Spartanburg SC 29306

Akimsey,

This letter is to inform you to stop sending harassing letters to our office and other victims. This is the only letter you will receive. If any other correspondence or contact is received, charges against you will be filed.

Best,

The victims:

Raymond Levy
Maurice Levy
Randy Levy
George R Johnson
George D Johnson
Chase Furnas
Amber Furnas